**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

December 4, 2024

By ECF

Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

Re: *Cortez v. United States of America*, 2:24-cv-07532 (ARL)

Dear Magistrate Judge Lindsay:

This office represents defendant, the United States of America ("Defendant"), in the above-referenced matter. I write to respectfully request a 30-day extension of time (from January 2, 2025 to February 3, 2025) for Defendant to file its response to plaintiff Douglas Cortez's ("Plaintiff") complaint. The reason for this request is that relevant agency personnel require more time (particularly in light of the upcoming holidays) to investigate the allegations in the complaint in order to formulate and file an adequate responsive pleading.

Should this request be granted, Defendant also respectfully requests an adjournment of the initial conference currently scheduled for January 8, 2025 (Docket Entry No. 11) to a date convenient for the court after the filing of Defendant's responsive pleading, at which time the parties will be in a better position to confer about discovery issues and discuss the same with the Court.

Finally, Defendant requests an extension of time (from December 6, 2024 to March 3, 2025) to respond to Plaintiff's Placeholder Motion for Class Certification and to Hold Motion in Abeyance (Docket Entry No. 12). Defendant was served with the complaint on November 1, 2024. Plaintiff filed this motion on November 21, 2024, well in advance of the deadline for Defendant's responsive pleading and well prior to the commencement of discovery. The form of Defendant's anticipated responsive pleading, as well as fulfillment of meet and confer obligations about potential discovery, will dictate how Defendant may respond to Plaintiff's motion, necessitating this requested extension.

This is Defendant's first request for an extension of time with regard to these deadlines. I have conferred Plaintiff's counsel who has indicated he consents to these requests.

Thank you for your consideration.

Respectfully Submitted,

BREON PEACE
United States Attorney

By: /s/
ROBERT W. SCHUMACHER
Assistant United States Attorney
(631) 715-7871

cc: F. Franklin Amanat, Esq. (via ECF)