UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

……………………………………………………

DOUGLAS CORTEZ, on behalf of himself
and all others similarly situated,

                    Plaintiff,            Case No. 2:24-cv-07532 (ARL)

v.

UNITED STATES OF AMERICA,

                    Defendant.

……………………………………………………

**NOTICE OF LACK OF ALL PARTIES' CONSENT**

PLEASE TAKE NOTICE that all parties to the above-captioned matter do not consent to have a United States Magistrate Judge conduct all proceedings in the case in accordance with 28 U.S.C. § 636(c). Accordingly, the Clerk of the Court is respectfully requested to assign a United States District Judge to preside over this case.

| Dated: December 9, 2024 | Respectfully submitted, |
|---|---|
| HON. BREON PEACE<br>United States Attorney<br>Eastern District of New York<br>610 Federal Plaza, 5th Floor<br>Central Islip, NY 11722 | MOTLEY RICE LLP<br>800 Third Avenue, Suite 2401<br>New York, NY 10022 |
| By: /s/ *Robert W. Schumacher*<br>ROBERT W. SCHUMACHER<br>Assistant United States Attorney<br>(631) 715-7871<br>robert.schumacher@usdoj.gov | By: /s/ *F. Franklin Amanat*<br>F. FRANKLIN AMANAT<br>A Member of the Firm<br>(212) 577-0052<br>famanat@motleyrice.com |
| *Counsel for United States of America* | *Counsel for Douglas Cortez and the Putative Class* |