# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | ) |
|---|---|
| Douglas Cortez | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-07532 |
| United States of America | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Douglas Cortez.

Date: 12/19/2024

/s/William H. Narwold
*Attorney's signature*

William H. Narwold (WN-1713)
*Printed name and bar number*
Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06103

*Address*

bnarwold@motleyrice.com
*E-mail address*

(860) 882-1676
*Telephone number*

(860) 882-1682
*FAX number*