
MotleyRice®
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

800 Third Ave., Suite 2401
New York, NY 10022
o. 212.577.0040   f. 212.577.0054

**F. Franklin Amanat**
*Licensed in NY, NJ, DC*
direct:  212.577.0052
famanat@motleyrice.com

April 25, 2025

Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Cortez v. United States*, No. 2:24-CV-7532 (JMA/ARL)

Dear Judge Lindsay:

    In the above-referenced putative class action under the Little Tucker Act, 28 U.S.C. § 1346(a)(2), the Court directed the parties by order of March 26, 2025, to submit a joint status letter by today.

    As the Court is aware, on April 15 Plaintiffs filed a motion to withdraw the amended complaint and reinstate the original complaint as the operative pleading (ECF No. 26), which the Court granted on April 16. Meanwhile, the parties had previously exchanged and filed premotion conference letters on the Government's anticipated motion to dismiss the original complaint and Plaintiff's placeholder motion for class certification, but a briefing schedule has not yet been set.

    The parties have spoken about potential resolution of this case and are in the process of setting up a meeting to discuss further. We appreciate the Court's time and attention to this matter.

                                    Respectfully submitted,

                                    F. Franklin Amanat
                                    Motley Rice LLC

                                    *Counsel for Plaintiff*


MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ



cc (by ECF notification and courtesy email):
    AUSA Robert W. Schumacher, II
        All counsel of record