

MotleyRice® LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

800 Third Ave., Suite 2401
New York, NY 10022
**o.** 212.577.0040  **f.** 212.577.0054

F. Franklin Amanat
*Licensed in NY, NJ, DC*
direct:  212.577.0052
famanat@motleyrice.com

June 27, 2025

Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:     *Cortez v. United States*, No. 2:24-CV-7532 (JMA/ARL)

Dear Judge Lindsay:

    In the above-referenced putative class action under the Little Tucker Act, 28 U.S.C. § 1346(a)(2), the Court directed the parties by order of April 28, 2025, to submit a joint status letter by today.

    Since the last status report, the parties have met and conferred to discuss potential resolution of this matter, and intend to continue that dialogue over the next several weeks with the intention of discussing the path forward in the litigation with the District Court at the premotion conference that is currently scheduled for July 15 before Judge Azrack. We appreciate the Court's time and attention to this matter.

                                    Respectfully submitted,

                                      F. Franklin Amanat
                                    Motley Rice LLC

                                    *Counsel for Plaintiff*

cc (by ECF notification and courtesy email):
    AUSA Robert W. Schumacher, II
    All counsel of record

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ