

U.S. Department of Justice

*United States Attorney  
Eastern District of New York*

*610 Federal Plaza  
Central Islip, New York 11722*

July 18, 2025

<u>By ECF</u>

Honorable Joan M. Azrack  
United States District Judge  
Eastern District of New York  
100 Federal Plaza—Courtroom 920  
Central Islip, New York 11722

   Re: *Cortez v. United States of America*, 2:24-cv-7532 (JMA)(ARL)

Dear Judge Azrack:

  On behalf of defendant, the United States of America ("Defendant"), it is respectfully requested that Document Number 30 be removed from the docket. Our clerk inadvertently made the filing and omitted its exhibit, and refiled the full submission as Document Number 31.

  Thank you for your consideration of this matter.

            Respectfully Submitted,

            JOSEPH NOCELLA JR.  
            United States Attorney

        By:   /s/  
            ROBERT W. SCHUMACHER  
            Assistant United States Attorney  
            (631) 715-7871

cc: F. Franklin Amanat, Esq. (via ECF)