# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

**FILED
CLERK**

7/22/2025 4:16 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 7/22/2025 **(Brooklyn)**     TIME: 3:00 PM          TIME IN COURT: 30 min.

CASE:     **Cortez v. United States of America
          2:24-cv-07532-JMA-ARL**

APPEARANCES:     For Plaintiff:  Peter Markowitz, Frank Amanat, Thomas Scott-Railton, Mauricio Norona

                 For Defendants:  Robert Schumacher

FTR: CISCO

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
- ☐ Case is referred to Magistrate Judge for
- ☐ Bench trial scheduled for   before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
- ☒ A telephone status conference is scheduled for 11/18/2025 at 2:30 PM and will be conducted through the CISCO teleconference center.  Counsel shall dial 571-353-2301 and enter access code 279933568 at the prompt.  Parties may file a status report prior to the conference.
- ☒ Other: Motion is held in abeyance.