AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▼

| | |
|---|---|
| Douglas Cortez | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  2:24-cv-07532-JMA-ARL |
| United States of America | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Douglas Cortez                                                                                      .

Date:      10/22/2025

/s/ Deepak Gupta
*Attorney's signature*

Deepak Gupta (pro hac vice)
*Printed name and bar number*
2001 K Street NW, Suite 850 North
Washington, DC 20006

*Address*

deepak@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

*FAX number*

**Print**     **Save As...**                                        **Reset**