
MotleyRice® LLC
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

800 Third Ave., Suite 2401
New York, NY 10022
**o.** 212.577.0052  **f.** 212.577.0054

**F. Franklin Amanat**
*Licensed in NY, NJ, DC, CT*
direct: 212.577.0052
famanat@motleyrice.com

November 24, 2025

<u>**BY ECF ONLY**</u>

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    *Re*:    *Cortez v. United States*, No. 2:24-CV-7532 (JMA/ARL)

Dear Judge Azrack:

    The Court has scheduled a telephonic status conference in the above-referenced matter for Thursday, December 4, at 9:45 a.m. Unfortunately, several key members of Plaintiffs' team who had intended to participate in the conference are unavailable that day due to previously scheduled travel or conflicting court appearances. We are accordingly constrained to seek an adjournment of the December 4 conference. We have conferred with Chambers and with counsel for the Government (who consented to the request for an adjournment), and it appears that early afternoon on Wednesday, January 7, 2026, is a date and time period that is convenient for the parties and the Court, and we propose that for the adjourned conference. We appreciate the Court's time and attention to this matter.

    Respectfully submitted,

    F. Franklin Amanat
    Motley Rice LLC

    *Counsel for Plaintiff*

cc (by ECF notification and courtesy email):
    AUSA Robert W. Schumacher, II
    All counsel of record