

U.S. Department of Justice

United States Attorney
Eastern District of New York

*610 Federal Plaza*
*Central Islip, New York 11722*

January 7, 2026

By ECF

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza—Courtroom 920
Central Islip, New York 11722

      Re: *Cortez v. United States of America*, 2:24-cv-7532 (JMA)(ARL)

Dear Judge Azrack:

      I write in response to Plaintiff's January 6, 2026 letter, Docket Entry No. 43, regarding Defendant's January 5, 2026 status report in the above referenced matter. Docket Entry No. 42. Plaintiff correctly points out that Defendant's term "Backlog Cases" was not defined in Defendant's recent report. Please be advised that the term remains the same as defined in Defendant's July 17, 2025 status report (Docket Entry No. 31) and the following sentence from that prior report was inadvertently deleted as the first line of the third paragraph on page 3 of Defendant's instant report:

> Given, *inter alia*, the exponential rise in pending immigration matters, however, ICE was not able to keep up with all of the concomitant administrative tasks that arose. As a result, a backlog formed of approximately 21,000 cases in which a cash bond may have been subject to cancellation (the "Backlog Cases").

We look forward to discussing this matter with your honor at today's 11:30 AM telephonic conference. Thank you for the court's attention. Thank you for your consideration of this matter.

      Respectfully Submitted,

      JOSEPH NOCELLA JR.
      United States Attorney

By:     /s/
      ROBERT W. SCHUMACHER
      Assistant United States Attorney
      (631) 715-7871