

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

March 20, 2026

<u>By ECF</u>

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza—Courtroom 920
Central Islip, New York 11722

Re: *Cortez v. United States of America*, 2:24-cv-7532 (JMA)(ARL)

Dear Judge Azrack:

I write on behalf of defendant, the United States of America. As discussed with the Court during the conference held on January 7, 2026, enclosed are two declarations of U.S. Immigration and Enforcement ("ICE") employees that explain the electronic searches conducted by ICE to identify cash bond obligors entitled to reimbursement and otherwise provide a status report of ICE's efforts to clear the backlog related thereto.

Thank you for your consideration.

Respectfully Submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:        /s/
ROBERT W. SCHUMACHER
Assistant United States Attorney
(631) 715-7871

cc:  F. Franklin Amanat, Esq. (via ECF)