UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DOUGLAS CORTEZ, on behalf of himself,
and all others similarly situated,

**NOTICE OF**
**APPEARANCE**

                            Plaintiff,

Civil Action
                  - against -
No. 24-cv-07532

UNITED STATES OF AMERICA,

(Azrack, J.)
(Lindsay, M.J.)

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that Assistant United States Attorney Nicole M. Zito hereby

enters an appearance in the above-captioned action as counsel for Defendant UNITED STATES

OF AMERICA.   The undersigned certifies that she is admitted to practice in this Court.   This

appearance is made without any waiver to service, venue, or jurisdiction.

Dated: March 20, 2026
       Brooklyn, New York

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Attorney for Defendant*
271-A Cadman Plaza East
Brooklyn, NY 11201

By:   /s/ *Nicole M. Zito*
NICOLE M. ZITO
Assistant U.S. Attorney
(718) 254-6008
Nicole.Zito@usdoj.gov