# Exhibit A

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## IMMIGRATION BOND

OMB No. 1653-0022; Expires 06/30/2015

Power Number _____

(Bonded Alien) File No. REDACTED - PII _____

Bond Receipt No. NYCC1400085 _____

**A.**

Name of Obligor: Cortez, Douglas _____

Street Address of Obligor: REDACTED - PII _____

City, State and Zip Code: UNIONDALE, NY 11553, UNITED STATES _____

Telephone: 5162051974 _____    Name of Agent/Co-Obligor (if any-Surety Bonds only): _____

Address (if different from that of Obligor): _____

Telephone: _____    Address to use for notice purposes:  ☒ Obligor    ☐ Agent    ☐ Both

If this is executed by a surety company the rate of premium is: _____ % and the amount of premium is: _____

The name and address of the person who executed a written instrument with the surety company requesting it to post bond is: _____

**B. Information about alien for whom bond is furnished:**

Name: Ayala-Melendez, Jose Fernando _____

Current Location (i.e., where detained): JENA/LASALLE DETENTION FACILITY (IHSC) _____

Date and country of birth: REDACTED - PII / EL SALVADOR _____    Nationality: EL SALVADOR _____

Date, port and means of arrival in the United States: _____ / UNKNOWN, PWAO

Alien to reside at: REDACTED - PII , UNIONDALE, NEW YORK 11553, UNITED STATES _____

Telephone number at alien's residence: (516) 205 - 1974 _____

**C.** In consideration of the facts recited in paragraph or paragraphs herein numbered G1 _____ and captioned

BOND CONDITIONED UPON THE DELIVERY OF AN ALIEN. _____ (and in any rider

or riders lettered _____ and captioned _____ , the above named

obligor and the agent acting on its behalf (if any), by subscribing hereto, hereby declare that they are firmly bound unto

the United States in the sum of Ten Thousand _____ dollars ($ 10000.00 _____ ) unless the guarantee

of the bond is that the alien shall not become a public charge, the obligor, and the agent acting on its behalf (if any), declare themselves bound in such amount or successive amounts as are prescribed in paragraph (G-2) herein as liquidated damages and not as penalty, which sum is to be paid to the United States immediately upon failure to comply with the terms set forth in any such paragraph or rider. The obligor and agent further agree that any notice to him/her in connection with this bond may be accomplished by mail, directed to him/her at the above address. The obligor acknowledges receipt of a copy of the executed bond and any attached rider or riders specified above.

**D.** Signed and sealed this 7 _____ day of November/2013 _____

Validity unknown

*CORTEZ*

(Month/Year)

(Signature of Obligor)                    (Signature of Agent/Co-Obligor (if any))

**E.** Bond approved and accepted at NEW YORK, NEW YORK _____    on 11/07/2013 _____

T 1109 WEIDLEIN _____    (City and State) THOMAS M WEIDLEIN _____    (Date)

(District Director Printed Name)                    (District Director Signature)

**F.**

Surety Company _____    Taxpayer Identification Number _____

Agent-Bonding Company _____    Taxpayer Identification Number _____

Obligors-Cash/Treasury Bond  Cortez, Douglas _____    Taxpayer Identification Number REDACTED - PII

31 U.S.C. 7701©(1) requires each person doing business with a federal government agency to furnish that agency such person's taxpayer identification number. It is the intent of the DHS to use such numbers for purposes of collecting and reporting information on any delinquent accounts arising out of such person's relationship with the Government. The obligor, surety, or agent must furnish its Taxpayer Identification Number (TIN) to DHS. Failure to furnish the TIN may result in a refusal of the bond.

ICE Form I-352 (Rev. 03/08)

## IMMIGRATION BOND

OMB No. 1653-0022; Expires 06/30/2015

(Bonded Alien) File No. **REDACTED - PII**

Bond Receipt No. NYCC1400085

---

**H. Pledge and Power of Attorney for Use When United States Bonds or Notes Are Deposited As Security**

I hereby pledge the United States Bond/Notes described in the following schedule as security for the performance and fulfillment of the obligations described in paragraph C above in accordance with 6 U.S.C. 15, 31 CFR part 225, and Treasury Department Circular 154. I appoint the Attorney General of the United States as my attorney to collect, sell, assign, and transfer said United States Bond or Note. In the case of any default in performance of conditions herein, my attorney shall have the power to collect without appraisal or valuation notice, and to apply the proceeds to the satisfaction of any damages, demands, or deficiencies arising from such default. I waive my right to redeem this security.

| Title of Bond/Notes | Coupons Attached | Face Value | Interest Rate | Serial No. | Interest Dates |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Affix Seal Here if Required)

_____
(Signature of Person Pledging Bonds or Notes)

---

**I. Pledge and Power of Attorney For Use When Cash Is Deposited as Security**

I hereby pledge the amount of __Ten Thousand__ ($ 10000.00 )

United States currency as security for the performance and fulfillment of the obligations described in paragraph C above. I appoint the Attorney General of the United States as my attorney to collect or to assign and transfer the said sum of money. I agree that, in case of default in the performance of any of the conditions herein to which I have subscribed, said attorney shall have full power to collect said sum of money or any part thereof or to assign and transfer said sum or any part thereof deemed appropriate by said attorney to the satisfaction of any damages, demands, or deficiencies arising by reason of such default. I further empower said attorney, in the event all the conditions herein to which I have subscribed have been complied with and the bond is canceled, to deliver the said sum of money plus any interest accrued thereon, to me at my risk and expense by such means as said attorney shall select.

Validity unknown

Digitally signed by EAR...
Date: 2013.11.0...
Reason: Signed with Signature Pad
Location: OtoIgorSignature2

CORTEZ

(Affix Seal Here if Required)

_____
(Signature of Person Pledging Cash)

---

**J.** Before me, within the county/city/parish of __NEW YORK__ in __NEW YORK__.

The above named individual personally appeared before us, acknowledged the execution of the foregoing power of attorney, and deposited the security described above. Witness our hands this __7__ day of __November__, __2013__.

JAMES C BRATTON (digitally signed)

(Signature)

JAMES C BRATTON

(Title)

RICARDO O MCDONALD (digitally signed)

(Signature)

RICARDO O MCDONALD

(Title)

ICE Form I-352 (Rev. 03/08)