# Exhibit B

ORIGINAL



## DEPARTMENT OF HOMELAND SECURITY
### U.S. Immigration and Customs Enforcement

## RECEIPT OF IMMIGRATION OFFICER - UNITED STATES BONDS OR NOTES, OR CASH, ACCEPTED AS SECURITY ON IMMIGRATION BOND

**1. OBLIGOR**

| Name | 2. Receipt Number |
|---|---|
| CORTEZ, DOUGLAS | NYCC1400085 |

| Number and Street | 3. City and State |
|---|---|
| REDACTED - PII | NEW YORK, NEW YORK |

| City, State and Zip Code | 4. Date |
|---|---|
| UNIONDALE , NY 11553, UNITED STATES | 11/07/2013 |

| 5. Name of Alien | 6. A-File | 7. Immigration bond: |
|---|---|---|
| JOSE FERNANDO AYALA-MELENDEZ | REDACTED - PII | Date 11/07/2013<br>Type Delivery |

### 8. UNITED STATES BONDS OR NOTES

Said United States bonds/notes are assigned (State form of assignment, if registered)

| Title of Bonds/Notes | Coupon or Registered | Total Face Amount | Denomination | Serial No. | Interest Dates |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### 9. CASH (Postal Money Order, Certified Check)

The sum of Ten Thousand _____ dollars ($ $10,000.00 _____ )

In the form of * Certified/Cashier's Check
(1) CITIBANK OFFICIAL CHECK #112805381, 62-20/311. DATED 11/07/13.

* Description: U.S. Postal Money Order andNumber, Bank and Check number; or Number and Denomination of Coin and Currency.

### 10. NOTICE TO OBLIGOR

The Department of Homeland Security will deposit accepted cash in the United States Treasury. When all of its conditions have been met, the immigration bond will be cancelled, you will be so notified, and you may then recover the accepted security. Arrangement will be made for the return to you of the cash accepted as security when you surrender this receipt. **YOU MUST SURRENDER THE <u>ORIGINAL</u> OF THIS RECEIPT BEFORE THE SECURITY WILL BE RETURNED TO YOU. This receipt is not assignable.**

### 11. ACCEPTANCE OF SECURITY

The undersigned hereby acknowledges receipt from above-named obligor of the above-described security, deposited as security on above-named immigration bond filed with the undersigned on behalf of the above-named alien.

| 11a. Signature of Designated DHS Official | 11b. Name and Title of Designated DHS Official |
|---|---|
| JERLIN CUESTA<br>Digitally signed by JERLIN CUESTA DN: c=US, o=U.S. Government, ou=Department of Homeland Security, ou=CZ, ou=People, cn=JERLIN CUESTA, 0.9 2342.19200300 100.1.1=07493291141.ICE Date: 2013.11.07 11 18 41 -05'00' | Cuesta, Jerlin |

**To: Obligor. When surrendered by Obligor, to: Finance, Regional Office**

ICE Form - I-305 (08/08)

