

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
**o.** 860.882.1681   **f.** 860.882.1682

**William H. Narwold**
*Licensed in CT, DC, NY, SC*
direct:  860.882.1676
bnarwold@motleyrice.com

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

April 17, 2026

<u>via ECF</u>

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Cortez v. United States*, 2:24-cv-07532-JMA-ARL

Dear Judge Azrack:

I write on behalf of Plaintiff Cortez to request a one-week extension of time to respond to ICE's Letter Motion for Pre-Motion Conference filed on April 16, 2026. ECF No. 51. ICE does not oppose this request.

On October 29, 2024, Plaintiff filed his Complaint. A year-and-a-half later, ICE filed a Letter Motion for Pre-Motion Conference as to its intended motion to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) or, alternatively, Rule 12(b)(6). ECF No. 51. In the Letter, ICE explained it was withdrawing its previous pre-motion conference letter, *id.* at 1 n.1, and, instead, intended to file a different motion seeking to dismiss on numerous grounds it previously had not raised.

Pursuant to Your Honor's Individual Practice Rule IV.B, Plaintiff's responsive pre-motion letter would be due on April 23, 2026. Given the novel arguments ICE raised in its Letter, as well as several preexisting deadlines, Plaintiff respectfully seeks a one-week extension of time to file his responsive pre-motion letter. Under Plaintiff's proposal, Plaintiff's responsive pre-motion letter would be due on April 30, 2026.

Respectfully submitted,

*/s/ William H. Narwold*
Counsel for Plaintiff Cortez