# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▾

| | |
|---|---|
| Douglas Cortez | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  2:24-cv-07532-JMA-ARL |
| United States of America | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Douglas Cortez                                                                                    .

Date:  05/14/2026

/s/ Charlotte Eleanor Dougherty
*Attorney's signature*

Charlotte Eleanor Dougherty
*Printed name and bar number*
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Address*

cdougherty@motleyrice.com
*E-mail address*

(843) 216-9287
*Telephone number*

(843) 216-9450
*FAX number*