# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Douglas Cortez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-07532-JMA-ARL |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Douglas Cortez                                                                                                 .

Date:     05/14/2026

/s/ Meghan Shea Blaszak Oliver
*Attorney's signature*

Meghan Shea Blaszak Oliver
*Printed name and bar number*
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Address*

moliver@motleyrice.com
*E-mail address*

(843) 216-9492
*Telephone number*

(843) 216-9450
*FAX number*