UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOUGLAS CORTEZ,

*Plaintiff*,

-against-

**NOTICE OF CHANGE OF ADDRESS**

UNITED STATES OF AMERICA,

*Defendant*.   Case No. 2:24-cv-7532 (JMA/ARL)

PLEASE TAKE NOTICE that Gupta Wessler's District of Columbia office has moved.

Effective immediately, please direct all future correspondence and pleadings for Deepak Gupta, Jonathan E. Taylor and Thomas Scott-Railton to the new office at the address below:

GUPTA WESSLER LLP

1400 16th Street, NW

Suite 225

Washington, DC 20036

July 1, 2026

Respectfully submitted,

s/ *Jonathan E. Taylor*
DEEPAK GUPTA
JONATHAN E. TAYLOR
THOMAS SCOTT-RAILTON
GUPTA WESSLER LLP
1400 16th Street, NW
Suite 225
Washington, DC 200306
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*
*thomas@guptawessler.com*