| | |
|---|---|
| DOUGLAS CORTEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | Case No. 1:24-cv-7532 (JMA)(ARL) |

**PLAINTIFF'S FIRST SET OF**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York effective January 2, 2026 ("Local Rules"), Plaintiff Douglas Cortez, on behalf of himself and all others similarly situated, requests that Defendant, United States of America, produce, within thirty days of the date of service, the following documents within Your actual or constructive possession, custody, or control, to Motley Rice, LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC 29464, or at such other time and place as the Parties mutually agree.

## I. INSTRUCTIONS

1. All capitalized terms are defined below under "Definitions."

2. You are instructed to produce all responsive Documents in Your possession, custody, or control. A Document is deemed to be within Your control if You have any degree of

ownership, possession or custody of the Document or a copy thereof, or the right or practical ability to obtain the Document or a copy thereof.

3.     If any Document has been lost, discarded, or destroyed, or is otherwise no longer in existence, it should be identified as completely as possible, and such description should include, without limitation, the following information: date of disposal; manner of disposal; reason for disposal; subject matter; preparer; addressor and addressee; person(s) authorizing the disposal; and person(s) who disposed of the Document.

4.     If You claim any Document requested is not in Your possession, custody, or control, then You are directed to identify: (a) the nature of the Document; (b) the name, address, and telephone number of any person who has or may have possession, custody, or control of the Document; and (c) whether and how You presently have access to the Document and can obtain a duplicate of it.

5.     If you withhold any Documents on the basis of any purported privilege or protection, the relevant privilege provisions of the Parties' forthcoming stipulation regarding electronically stored information applies.

6.     This is a continuing request for production of Documents. Accordingly, if you obtain or become aware of any documents responsive to these requests at any time after production, You are required by Fed. R. Civ. P. Rule 26(e) to produce additional Documents.

## II.     DEFINITIONS

1.     "Action" means the above captioned action.

2.     "Backlog Cases" means any Bond that, as of the date of filing of this lawsuit or at any time thereafter, had experienced a Cancellation Event but had not been canceled,

including, but not limited, to the cases identified in Paragraph 20 of the Declaration of Patrick H. Elliot, ECF No. 47-1.

3. "BIA" means the Board of Immigration Appeals.

4. "Bond(s)" means a cash delivery bond posted by an Obligor pursuant to the Bond Contract.

5. "Bond Contract" means Form I-352, Immigration Bond.

6. "BMU" means the Bond Management Unit within ICE.

7. "Breach Notice" means Form I-323, Notice-Immigration Bond Breached.

8. "Cancellation Event" means one of the following events:

- ICE taking the bonded individual back into its custody;

- Deportation/exclusion/removal of the bonded individual;

- Grant of permanent residence to the bonded individual;

- Termination of deportation/removal proceedings (but not administrative closure or stay of such proceedings);

- Death of the bonded individual;

- Voluntary departure by the bonded individual pursuant to a grant of voluntary departure by the immigration court or BIA;

- Other circumstances as provided by statute or regulation;

- Notice of the detention of the bonded individual for 30 or more days pursuant, or prior, to a conviction by local, state, or federal authorities.

9. "Cancellation Notice" refers to Form I-391, Notice-Immigration Bond Cancelled.

10. "Communication" is defined as the transmittal of information (in the form of facts, ideas, inquiries, or otherwise). *See* Local Rule 26.3(c)(1).

11. "Concerning" means relating to, referring to, describing, evidencing, or constituting. *See* Local Rule 26.3(c)(7).

12. "Demand Notice" refers to Form 1-340, Notice to Obligor to Deliver Alien.

13. "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. Rule 34(a)(1)(A). A draft or non-identical copy is a separate document. *See* Local Rule 26.3(c)(2).

14. "EOIR" refers to the Executive Office of Immigration Review System.

15. "ERO" refers to Enforcement and Removal Operations.

16. "FSC-B" refers to the ICE Financial Service Center-Burlington.

17. "ICE" means Immigration and Customs Enforcement.

18. "Obligor" means an individual or entity who posts a Bond.

19. "You" or "Your" means the United States of America together with any employee, agency, affiliate, or representative, or any person or entity that acted or purported to act on behalf of any of the foregoing. *See* Local Rule 26.3(c)(5).

## III. RULES OF CONSTRUCTION

1. All/Any/Each. The terms "all," "any," and "each" must each be construed as encompassing any and all. *See* Local Rule 26.3(d)(1).

2. And/Or. The connectives "and" and "or" must be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope. *See* Local Rule 26.3(d)(2).

3.      Number. The use of the singular form of any word includes the plural and vice versa. *See* Local Rule 26.3(d)(3).

## IV.      RELEVANT TIME PERIOD

Where applicable, the Relevant Time Period for each Request is specified within the Request.

## V.      DOCUMENT REQUESTS

### REQUEST FOR PRODUCTION NO. 1

All directories, organizational charts, or other similar Documents that identify, for example, name, title, office, and reporting line for employees of the BMU, ERO field offices, and FSC-B, and for employees of any other unit responsible for issuing Bonds, canceling Bonds, and reimbursing Obligors. This Request seeks Documents that are dated, prepared, or were otherwise in effect at any point during the time period 2018-present.

### REQUEST FOR PRODUCTION NO. 2

All Documents Concerning ICE's policies, practices, or procedures, whether formal or informal, with respect to canceling Bonds including, but not limited to, any written policy statements, directives, memorandum, desk guides, handbooks, worksheets, manuals, or training material, as well as any Communications discussing the policies, practices, or procedures, lack thereof, or changes thereto. This Request seeks Documents that are dated, prepared, or were otherwise in effect at any point during the time period 2018-present and Communications regarding those Documents even if such Communications are dated prior to 2018.

### REQUEST FOR PRODUCTION NO. 3

All Documents Concerning ICE's policies, practices, or procedures, whether formal or informal, with respect to providing the Cancellation Notice to Obligors including, but not

limited to, any written policy statements, directives, memorandum, desk guides, handbooks, worksheets, manuals, or training material, as well as any Communications discussing the policies, practices, or procedures, lack thereof, or changes thereto. This Request seeks Documents that are dated, prepared, or were otherwise in effect at any point during the time period 2018-present and Communications regarding those Documents even if such Communications are dated prior to 2018.

**REQUEST FOR PRODUCTION NO. 4**

All Documents Concerning ICE's policies, practices, or procedures, whether formal or informal, with respect to reimbursing Obligors for canceled Bonds including, but not limited to, any written policy statements, directives, memorandum, desk guides, handbooks, worksheets, manuals, or training material, as well as any Communications discussing the policies, practices, or procedures, lack thereof, or changes thereto. This Request seeks Documents that are dated, prepared, or were otherwise in effect at any point during the time period 2018-present and Communications regarding those Documents even if such Communications are dated prior to 2018.

**REQUEST FOR PRODUCTION NO. 5**

To the extent not included above, all Documents Concerning ICE's policies, practices, or procedures, whether formal or informal, with respect to effectuating payment to an Obligor if a Cancellation Notice or Bond reimbursement is returned as undeliverable including, but not limited to, any written policy statements, directives, memorandum, desk guides, handbooks, worksheets, manuals, or training material, as well as any Communications discussing the policies, practices, or procedures, lack thereof, or changes thereto. This Request seeks

Documents that are dated, prepared, or were otherwise in effect at any point during the time period 2018-present and Communications regarding those Documents even if such Communications are dated prior to 2018.

**<u>REQUEST FOR PRODUCTION NO. 6</u>**

All Documents Concerning ICE's policies, practices, or procedures, whether formal or informal, with respect to updating Obligor address records including, but not limited to, any written policy statements, directives, memorandum, desk guides, handbooks, worksheets, manuals, or training material, as well as any Communications discussing the policies, practices, or procedures, lack thereof, or changes thereto. This Request seeks Documents that are dated, prepared, or were otherwise in effect at any point during the time period 2018-present and Communications regarding those Documents even if such Communications are dated prior to 2018.

**<u>REQUEST FOR PRODUCTION NO. 7</u>**

All Documents Concerning ICE's policies, practices, or procedures, whether formal or informal, with respect to requiring Obligors to submit the original Bond receipt, Form I-305, or a notarized Affidavit in Lieu of Lost receipt, Form I-395, including, but not limited to, any written policy statements, directives, memorandum, desk guides, handbooks, worksheets, manuals, or training material, as well as any Communications discussing the policies, practices, or procedures, lack thereof, or changes thereto. This Request seeks Documents that are dated, prepared, or were otherwise in effect at any point during the time period 2018-present and Communications regarding those Documents even if such Communications are dated prior to 2018.

**REQUEST FOR PRODUCTION NO. 8**

 All Documents Concerning ICE's policies, practices, or procedures, whether formal or informal, with respect to moving funds associated with canceled Bonds to the "government wide account" referenced in paragraph 13 of the Declaration of John Monette, ECF No. 47-2, including, but not limited to, any written policy statements, directives, memorandum, desk guides, handbooks, worksheets, manuals, or training material, as well as any Communications discussing the policies, practices, or procedures, lack thereof, or changes thereto. This Request seeks Documents that are dated, prepared, or were otherwise in effect at any point during the time period 2018-present and Communications regarding those Documents even if such Communications are dated prior to 2018.

**REQUEST FOR PRODUCTION NO. 9**

All Documents Concerning ICE's review of the Backlog Cases including, but not limited to, Communications Concerning the Backlog Cases, procedures for identifying and analyzing the Backlog Cases, and results of ICE's review of the Backlog Cases including reports generated or conclusions reached.

**REQUEST FOR PRODUCTION NO. 10**

All Documents Concerning Bonds that experienced a Cancellation Event at any point during the time period 2018-present and where a Cancellation Notice was issued, but where the Obligor has not been reimbursed including, but not limited to:

- The bond file as referenced in Paragraph 7(a) of the Declaration of John Monette, ECF No. 47-2;

- The Cancellation Notice and all Documents certifying the cancellation;

- All Communications to or from the Obligor, including any Demand Notice;

- All Communications to or from the bonded individual from the time the Bond was outstanding;

- All other Communications Concerning the Bond, including all internal Communications.

**REQUEST FOR PRODUCTION NO. 11**

All Documents Concerning Bonds that experienced a Cancellation Event at any point during the time period 2018-present, where a Cancellation Notice was issued, and where the Obligor was sent a reimbursement check, but the check was not cashed, and where the Obligor has not been subsequently reimbursed including, but not limited to:

- The bond file as referenced in Paragraph 7(a) of the Declaration of John Monette, ECF No. 47-2;

- The Cancellation Notice and all Documents certifying the cancellation;

- All Communications to or from the Obligor, including any Demand Notice;

- All Communications to or from the bonded individual from the time the Bond was outstanding;

- All other Communications Concerning the Bond, including all internal Communications;

- ICE's attempts to proactively locate the Obligor as referenced in paragraph 13 of the Declaration of John Monette, ECF No. 47-2.

## REQUEST FOR PRODUCTION NO. 12

All Documents Concerning open Bonds that experienced a Cancellation Event at any point during the time period 2018-present, but where a Cancellation Notice has not been issued, including, but not limited to:

- The bond file as referenced in Paragraph 7(a) of the Declaration of John Monette, ECF No. 47-2;

- All Communications to or from the Obligor, including any Demand Notices;

- All Communications to or from the bonded individual from the time the Bond was outstanding;

- All other Communications Concerning the Bond, including all internal Communications;

- All Documents Concerning any purported breach of the Bond, including any Breach Notices;

- All Documents Concerning any appeal of any Breach Notice and recission of any Breach Notice.

## REQUEST FOR PRODUCTION NO. 13

All data Concerning Bonds that experienced a Cancellation Event at any point during the time period 2018-present, where a Cancellation Notice was issued, but where the Obligor has not been reimbursed, including data from BMIS, EOIR, the Cash Electronic Bonds Portal, and the Deportable Noncitizen Control System.

**REQUEST FOR PRODUCTION NO. 14**

All data Concerning Bonds that experienced a Cancellation Event at any point during the time period 2018-present, and where the Obligor was sent a reimbursement check, but the check was not cashed, and where the Obligor has not subsequently been reimbursed including data from BMIS, EOIR, the Cash Electronic Bonds Portal, and the Deportable Noncitizen Control System.

**REQUEST FOR PRODUCTION NO. 15**

All data Concerning open Bonds that experienced a Cancellation Event at any point during the time period 2018-present, but where a Cancellation Notice has not been issued, including data from BMIS, EOIR, the Cash Electronic Bonds Portal, and the Deportable Noncitizen Control System.

**REQUEST FOR PRODUCTION NO. 16**

To the extent not covered above, all Documents You know to be relevant to the Action, including all Documents You intend to provide to Your experts or use in support of Your defense of this Action.

Dated: June 26, 2026

*/s/ Charlotte E. Dougherty*

Meghan S. B. Oliver\*
Charlotte E. Dougherty\*
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel. (843) 216-9000
*moliver@motleyrice.com*
*cdougherty@motleyrice.com*

F. Franklin Amanat
Bar No. FA6117
**MOTLEY RICE LLC**
800 Third Avenue, Suite 2401
New York, NY 10022
Tel. (212) 577-0052
*famanat@motleyrice.com*

William H. Narwold
Bar No. WN1713
**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Tel. (860) 882-1676
*bnarwold@motleyrice.com*

Deepak Gupta*
Jonathan E. Taylor*
Thomas Scott-Railton*
**GUPTA WESSLER LLP**
2001 K Street NW
North Tower, Suite 850
Washington, DC 20006
Tel. (202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*
*thomas@guptawessler.com*

Peter L. Markowitz
Bar No. PM9052
458 Hancock Street
Brooklyn, NY 11233
Tel. (718) 877-8817
*markowitz.peter@gmail.com*

Mauricio E. Noroña
Bar.  No. MN6621
37-34 85th Street Apt. 1
Jackson Heights, NY 11372
Tel. (347) 891-3548
*mauricioenorona@gmail.com*

*Counsel for Plaintiff and the Putative Class*

*\*pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2026, a true and correct copy of the foregoing document was served via electronic mail on counsel of record for Defendant United States of America.


/s/ *Charlotte E. Dougherty*
CHARLOTTE E. DOUGHERTY